# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois
Chicago Division

*In re* **Robert L. Hughes**,   Case No. **11-04929**

Debtor(s)   Chapter 13

## Statement by Creditor in Response to Notice of Final Cure Payment

**Name of creditor: PENNYMAC LOAN SERVICES, LLC, successor in interest to Bank of America, N.A., successor by Merger to BAC Home Loans Servicing**   **Claim ID no. (if known): 2**

**Last four digits: 1497  (former Loan Number 5973)**

### Part 1:  Pre-petition Arrearage Claim

Does Creditor agree that the amounts required to cure the pre-petition default provided for in the Chapter 13 Plan have been paid in full?

- [x] Yes
- [ ] No.

If not, Creditor alleges that the amount required to cure the pre-petition default is: _____, as more specifically set forth in the itemized listing attached hereto.

### Part 2: Post-Petition Charges, Fees and Payments

***Amounts to be paid through the Chapter 13 Plan***:

Does Creditor agree that all post-petition amounts due to be paid through the Chapter 13 Plan have been paid in full?

- [x] Yes
- [ ] No.
- [ ] Not Applicable

If not, Creditor alleges that the amount required to cure the post-petition default is: _____, as more specifically set forth in the itemized listing attached hereto.

***Amounts to be paid outside of the Chapter 13 Plan***:

Does Creditor agree that all post-petition amounts due to be paid directly to Creditor outside of the Chapter 13 Plan have been paid in full?

- [ ] Yes
- [ ] No.  Creditor shows that the amount required to cure the post-petition default is: _____, as more specifically set forth in the itemized listing attached hereto.
- [x] Not Applicable

## Part 3: Signature

The person completing this Response must sign it.  Sign and print your name and title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.    ☒ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Response is true and correct to the best of my knowledge, Information, and reasonable belief.

✘ s/ John D. Schlotter.                                                                Date   April 4, 2014
   Signature

Print:      John D. Schlotter                              .                 Title:  Agent for Creditor
            First Name    Middle Name    Last Name

Company   Aldridge Connors LLP                   .

Address   Fifteen Piedmont Center
          3575 Piedmont Road, N.E., Suite 500         .
          Number          Street

          Atlanta                    GA       30305    .
          City                       State    Zip Code

Contact phone  1-888-475-3259                    Email  ecfmail@aclawllp.com

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 11-04929 |
| ROBERT L. HUGHES, | : | CHAPTER: 13 |
| Debtor. | : | |
| _____ | : | JUDGE: JACQUELINE P. COX |

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing *Statement by Creditor in Response to Notice of Final Cure Payment* was sent (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, and (3) by first class U.S. Mail, with adequate postage prepaid to all other interested parties at their addresses shown below:

The following Parties have been served via email or electronic notice:

Tom Vaughn
ecf@tvch13.net

The following parties have been served via U.S. Mail:

Robert L. Hughes (PRO SE)
516 51st Avenue
Hillside, IL  60162-1310


Dated: April 4, 2014                                         s/ John D. Schlotter
                                                             John D. Schlotter,  Bar No.: GA 629456
                                                             Aldridge Connors, LLP
                                                             Fifteen Piedmont Center
                                                             3575 Piedmont Road, N.E., Suite 500
                                                             Atlanta, GA 30305
                                                             Phone: (888) 475-3259
                                                             Fax: (888) 873-6147